UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITON SMITH,<br><br>  Plaintiff,<br><br>v.<br><br>NDOC, *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-00872-CDS-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Clarification (ECF No. 59). In his Motion, Plaintiff asks the Court to clarify its May 12, 2023 Order (ECF No. 53) instructing the Attorney General to ensure Plaintiff receives ample time to access and review his medical records so that he may attempt to locate and identify Cheryl, a defendant he seeks to sue. Plaintiff complains that he has provided information he has regarding "two Cheryls" and he should not have to "jump through hoops" to gather information the Defendants have available.

The May 12, 2023 Order gave the Deputy Attorney General through June 12, 2023 to arrange Plaintiff's access to his medical records. The Deputy Attorney General will file a report with the Court once Plaintiff's access is arranged. Plaintiff has until June 22, 2023 to provide additional information regarding defendant "Cheryl" to the Court. The Court extends that date to July 7, 2023 to ensure Plaintiff has sufficient time to gather and submit information to the Court that would allow identification of "Cheryl" to be made.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Clarification (ECF No. 59) is GRANTED to the extent it is explained above.

IT IS FURTHER ORDERED that on or before **July 7, 2023**, Plaintiff may file the full name and title of the individual whom he refers as Cheryl if he seeks to have her further identified by Defendants for purposes of service.

DATED this 7th day of June, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1