1  AARON D. FORD
   Attorney General
2  JANET E. TRAUT, Bar No. 8695
   Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1120
5  E-mail: jtraut@ag.nv.gov

6  *Attorneys for Defendants Kerry McCullah,*
   *Martin Naughton and Lorenzo Villegas*
7

8                       **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10 KEITON SMITH,

11                   Plaintiff,         Case No. 2:22-cv-00872-CDS-EJY

12 v.                                  ORDER GRANTING
                                  **STIPULATION TO STAY FOR SIX (6)**
13 NDOC, *et al*,                           **MONTHS**

14                 Defendants.         [ECF No. 74]

15

16        Plaintiff, Keiton Smith, *in pro per*, and Defendants, Kerry McCullah, Martin

17 Naughton, and Lorenzo Villegas, by and through counsel, Aaron D. Ford, Nevada Attorney

18 General, and Janet E. Traut, Deputy Attorney General, of the State of Nevada, Office of

19 the Attorney General, hereby stipulate to stay the instant matter for a period of six months,

20 as the Plaintiff will be receiving back surgery sometime the week of July 10, 2023, and he

21 requests this time to recover and rehabilitate.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Page 1

After six months, or after an earlier request by the Plaintiff, the parties will meet and confer to set new scheduling dates moving forward in this case, as necessary.

DATED this 7 day of July, 2023.          DATED this 7th day of July, 2023.

                                         AARON D. FORD
                                         Attorney General

By: _____              By: _____
KEITON SMITH                             JANET E. TRAUT, Bar No. 8695
*Plaintiff Pro Se*                       Deputy Attorney General

                                         *Attorneys for Defendants*

## ORDER

IT IS THEREFORE ORDERED that the stipulation to stay for six months [ECF No. 74] is GRANTED.

IT IS FURTHER ORDERED that all currently pending deadlines are vacated.

IT IS FURTHER ORDERED that within 30 days of the end of the six-month period, the parties must meet and confer and then file a joint status report indicating how they intend to proceed with the case and whether the stay can be lifted.

DATED: July 11, 2023

_____
Cristina D. Silva
United States District Judge