UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITON SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NDOC, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:22-cv-00872-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Status.  ECF No. 92.  Plaintiff's returned mail repeatedly shows he is now at High Desert State Prison.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court must update Plaintiff's address to reflect his current address for service, and all future orders must be sent to, HDSP_LawLibrary@doc.nv.gov.

IT IS FURTHER ORDERED that the Clerk of Court must send ECF Nos. 83, 84, 86, and 90 immediately to Plaintiff at the correct address for service: HDSP_LawLibrary@doc.nv.gov.

IT IS FURTHER ORDERED that Plaintiff's Motion for Status (ECF No. 92) is GRANTED to the extent he seeks to understand what has happened in his case since his move to High Desert State Prison.

IT IS FURTHER ORDERED that Plaintiff's Motion for Status is otherwise indecipherable and, on that basis, is DENIED.

DATED this 27th day of September, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE