UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KEITON SMITH, | Case No. 2:22-cv-00872-CDS-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| NDOC, *et al.*, | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion on Update of Status of Post-Op Physical Therapy. ECF No. 115. This is the second time Plaintiff has raised this issue with the Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion on Update is Granted to the extent that, no later than **June 5, 2024**, Defendants **must** submit to the Court a status report detailing Plaintiff's care following back surgery. The status report must include information subsequent to the October 18, 2023 report filed with the Court (*see* ECF No. 101). The required report **must** address, but is not necessarily limited to, what if any physical therapy was approved for Plaintiff; what physical therapy Plaintiff received; and, if no physical therapy was approved, why no post-operative back surgery physical therapy was ordered. Defendants **must** provide a narrative identifying responsive information. Defendants **may not** simply require the Court to search through medical records to locate responsive information.

IT IS FURTHER ORDERED that any medical records submitted by Defendants may be filed **under seal**. No motion to seal is required.

DATED this 20th day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1