UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Keiton Smith,

        Plaintiff

v.

NDOC, et al.,

        Defendants

Case No. 2:22-cv-00872-CDS-EJY

**Order Dismissing Defendants**

        The amended complaint in this action was filed on August 4, 2022. ECF No. 8. On April 5, 2024, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless plaintiff Keiton Smith filed proof of service as to Dr. Cheryl and Dennis McKee by May 5, 2024, the court would enter an order of dismissal for those defendants. ECF No. 110. However, the copy of the notice that was sent to Smith was returned as undeliverable. ECF No. 111. Based on the returned notice, the court sua sponte extended the deadline for Smith to file proof of service as to Dr. Cheryl and Dennis McKee to June 5, 2024. ECF No. 112. Smith was cautioned that failure to comply would result in their dismissal without further notice. *Id.* The deadline has now passed, and no proof of service has been filed.

        IT IS THEREFORE ORDERED that defendants Dr. Cheryl and Dennis McKee are dismissed from this action without prejudice.

        Dated: June 11, 2024

                                        _____
                                        Cristina D. Silva
                                        United States District Judge