# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Keiton Smith, | Case No. 2:22-cv-00872-CDS-EJY |
| Plaintiff | **Order Granting Defendants' Motion for Extension of Time to File Motion for Summary Judgment** |
| v. | |
| Lorenzo Villegas, et al., | [ECF No. 146] |
| Defendants | |

Defendants Kerry McCullah, Martin Naughton, and Lorenzo Villegas seek to extend the January 20, 2025 dispositive motions deadline by sixty days, to March 21, 2025. ECF No. 146. Based on the representations of counsel, there is good cause and an extension of time is warranted. Therefore, defendants' motion for extension of time to file a motion for summary judgment **[ECF No. 146] is GRANTED**. The dispositive motion deadline is extended to March 21, 2025. If no dispositive motion is filed, the joint pretrial order is due by April 21, 2025.

Dated: January 16, 2025

_____
Cristina D. Silva
United States District Judge