UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Keiton Smith,<br><br>   Plaintiff<br><br>v.<br><br>Lorenzo Villegas, et al.,<br><br>   Defendants | Case No. 2:22-cv-00872-CDS-EJY<br><br>**Order Granting Defendants' Motion for Extension of Time**<br><br>[ECF No. 154] |

  Defendants Kerry McCullah, Martin Naughton, and Lorenzo Villegas seek an additional thirty days to respond to the court's show-cause order. ECF No. 154. They state that the extension is necessary because the orthopedist who previously treated plaintiff Keiton Smith rescheduled his appointment. *Id.* at 2; *see also* ECF No. 154-1 at 3. Because getting Smith's current and post-surgery progress is required in order to fully comply with the court's order, the defendants' motion for an extension of time **[ECF No. 154] is granted nun pro tunc** to February 28, 2025. The deadline to respond to the order to show cause is extended to March 31, 2025.

Dated: March 4, 2025

_____
Cristina D. Silva
United States District Judge