UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Keiton Smith., <br><br> Plaintiff <br><br> v. <br><br> NDOC, et al., <br><br> Defendants | Case No. 2:22-cv-0872-CDS-EJY <br><br> **Order Granting Defendants' Motion to Extend Time to File Reply** <br><br> [ECF No. 173] |

On June 11, 2025, defendants filed a motion for an extension of time to file their reply to plaintiff Keiton Smith's opposition to their pending motion for summary judgment. Mot., ECF No. 173. Therein, counsel for defendants seeks a thirty-day extension to file the reply due to recent and unexpected loss of her grandmother, as well as staffing issues at the Attorney General's Office. *See id.* On June 12, 2025, Smith filed a response to the motion, indicating that he does not object to the request given the circumstances, and extends his condolences. Resp., ECF No. 175. Smith also apologized for recently expressing frustration and anger with counsel for defendants, noting the delays in this action contributed to his actions. *Id.* at 2. The court acknowledges Smith's frustration and appreciates his awareness regarding his actions. Having considered the motion, and there being no opposition thereto, the court finds good cause to grant the requested extension.

IT IS HEREBY ORDERED that defendants' motion for extension to file a reply to their summary judgment motion **[ECF No. 173] is GRANTED** nun pro tunc to June 16, 2025. Defendants' reply to their summary judgment motion is now due July 16, 2025.

Dated: June 27, 2025

_____
Cristina D. Silva
United States District Judge